**Order entered April 9, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00196-CV

### ERNEST LANELL BRONSON, Appellant

### V.

### HSBC BANK USA, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05824-C**

## ORDER

The reporter's record in this case is past due. By postcard dated February 15, 2019, we notified Janet Wright, Official Court Reporter for County Court at Law No 3, that the reporter's record was overdue and directed her to file the reporter's record within ten days.[1] To date, the reporter's record has not been filed and Ms. Wright has not corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Janet Wright, to file, within **THIRTY DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the

---

[1] Appellant's notice of appeal indicated this appeal was accelerated and the clerk's office therefore directed Ms. Wright to file the record within ten days. Thereafter, the clerk's record was filed, the Court determined this case is not an accelerated appeal, and the deadline for the reporter's record was reset until March 27, 2019.

reporter's record.  *We notify appellant that if we receive verification he has not requested the reporter's record or has not been found entitled to proceed without payment of costs and has not paid for or made arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE